# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD BOCCO,**

               **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1247-Orl-31KRS**

**THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

               **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT LINCOLN'S MOTION FOR RECONSIDERATION ON MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, REQUEST FOR PERMISSION TO REISSUE SUBPOENA (Doc. No. 30)**
>
> **FILED:** April 13, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

The motion for reconsideration is **DENIED**. No opposition to the motion to reissue the subpoena has been filed, and the time for doing so has passed. Therefore, the motion to reissue the subpoena is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2005.

                                          *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties